1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAYA RAM CHANDAR,                        No.  2:13-cv-0811 DAD

12              Plaintiff,

13       v.                                   ORDER

14   CAROLYN W. COLVIN, Commissioner
     of Social Security,
15

16              Defendant.

17

18              On April 25, 2013, plaintiff, proceeding pro se, commenced this action by filing a

19   complaint and paying the required filing fee.  Plaintiff, however, has filed no proof of service of

20   the complaint upon the defendant and the defendant has not appeared in this action.  Plaintiff is

21   advised that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be

22   dismissed if service of the summons and complaint is not accomplished on the defendant within

23   120 days after the complaint was filed.

24              Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing

25   within fourteen days why this case should not be dismissed for lack of prosecution.[1]  Failure to

26   /////

27   _____

28   [1]  Plaintiff may also satisfy this order by filing a proof of service of the complaint on the
     defendant.

1

1   file a timely response will result in dismissal of this action.

2   Dated:  September 28, 2013

3

4   DALE A. DROZD

5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10  DAD:6
    ddad1/orders.soc sec/chandar0811.osc.serve.docx

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2