UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYA RAM CHANDAR, | No. 2:13-cv-0811 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

On October 17, 2014, this matter came before the undersigned for hearing of plaintiff's motion for reconsideration. Attorney Robert McCann appeared on behalf of the plaintiff. There was no appearance by, or on behalf of, the defendant.[1] At the October 17, 2014 hearing plaintiff withdrew his motion for reconsideration.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 18, 2014 motion for reconsideration (Dkt. No. 10) is denied as withdrawn.

Dated: October 17, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/chandar0811.oah.101724.docx

---

[1] Defendant never appeared in this action and it does not appear that the defendant has ever been properly served with any of plaintiff's filings.

1